UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   CASE NO. 25-MJ-170 |
| v. | : |
| | : |
| PAUL NGUYEN, | : |
| | : |
| Defendant. | : |

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND TO VACATE THE PRELIMINARY HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, respectfully asks for leave of Court and requests the Court dismiss the Complaint in this case without prejudice.[1] Additionally, the government requests the Court vacate the preliminary hearing currently scheduled for September 16, 2025, at 12:00 pm.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:   */s/ David T. Henek*
David T. Henek
Assistant United States Attorney
Chief, Violent Crime and Narcotics Trafficking
U.S. Attorney's Office
601 D Street, N.W.,
Washington, D.C. 20530
202-252--7825
David.t.henek@usdoj.gov

---

[1] *See* Fed. R. Crim. P. 48(a) (allowing for dismissals of charges with leave of the court); *see also United States v. Karake*, 2017 WL 8045732 (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice).